No. 83–6058.  GUNTER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 83–6063.  BRIGHT ET AL. v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 83–6076.  MOSS v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 83–6101.  KINSLOW v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 83–6106.  LANNON v. HOGAN, COMMISSIONER OF CORRECTIONS OF MASSACHUSETTS, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 83–6107.  TYLER v. THOMPSON, GOVERNOR OF ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–6109.  ORTIZ v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 83–6115.  GRIFFIN v. LITTLE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–6116.  DARDEN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 83–6118.  SOZA ET AL. v. TOWN OF YREKA CITY.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 83–6119.  WILLIAMS v. GUPTON, SUPERINTENDENT, WAYNE CORRECTIONAL CENTER.  C. A. 4th Cir.  Certiorari denied.

No. 83–6120.  MABERY v. PRESLEY ET AL.  C. A. 4th Cir. Certiorari denied.

No. 83–6121.  NELSON v. WILLIE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 83–6127.  TYLER ET AL. v. BLACK ET AL.  C. A. 8th Cir. Certiorari denied.

No. 83–6128.  ALI v. PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION.  C. A. 1st Cir.  Certiorari denied.